No. 64280.—Vandegrift Forwarding Company, Inc. *v.* United States, protest 59/25888 (New York).

Opinion by LAWRENCE, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64281.—Vandegrift Forwarding Company, Inc. *v.* United States, protest 59/25545 (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the motion to dismiss was granted.

BEFORE THE THIRD DIVISION, JUNE 8, 1960

No. 64282.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 321328–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 9, 1960

No. 64283.—Frazar & Co., Inc., et al. *v.* United States, protests 59/24886, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 64284.—Hales Bedding Stores, Inc., and Milton Snedeker Corp. *v.* United States, protest 58/17519 (New York).